E. R. HAWKINS and CO. v. STEPHEN QUINETTE,
Administrator: E. R. HAWKINS and Co., Appel-
lant, v. HARRY TROLL, Public Administrator,
Respondent.

**St. Louis Court of Appeals, April 4, 1911.**

Hawkins and Co. v. Quinette, *supra,* followed.

Appeal from St. Louis City Circuit Court.—*Hon. Eugene McQuillin,* Judge.

REVERSED AND REMANDED.

NORTONI, J.—The appeal is between the same
parties and in all respects involves the identical facts
as those set forth and disposed of by the judgment of the
court in E. R. Hawkins & Company et al. v. Stephen
Quinette, Admr., etc., No. 12497, decided today. The
judgment in that case controls this appeal as well, and
it is therefore unnecessary to make further comment,
as the two constitute but one case. The judgment should
be reversed and remanded as in the other case. It is so
ordered. *Reynolds, P. J.,* and *Caulfield, J.,* concur.